September 12, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

DENISE ZIMMERMAN, Appellant

NO. 14-12-00531-CV                              V.

DR. LESLIE FARIAS, D.D.S., P.A. F/K/A DR. LESLIE FARIAS, D.D.S., P.C.
AND LESLIE FARIAS, INDIVIDUALLY, Appellees

_____

This cause, an appeal from the judgment in favor of appellees, Dr. Leslie Farias, D.D.S., P.A. f/k/a Dr. Leslie Farias, D.D.S., P.C. and Leslie Farias, Individually, signed, March 16, 2012, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, Denise Zimmerman, jointly and severally, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.